# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WELTY KEMPT, | ) CASE NO. CV 10-3478 (SS) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and the action is REMANDED for further proceedings consistent with the Court's Memorandum Decision and Order.

DATED: January 27, 2011

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE