ROBERT E. LOWENSTEIN, JR. (SBN 064346)
JANNA K. LOWENSTEIN (SBN 225371)
Robert E. Lowenstein, Jr., A Professional Corporation
    15315 Magnolia Blvd., Suite 402
    Sherman Oaks, CA 91403
    Tel:  (818) 905 6611
    Fax:  (818) 789 1375
    Email: jklowenstein@yahoo.com
    Email: lowensteinlaw@prodigy.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KEMPT ) | CASE NO. CV 10-3478 (SS) |
| ) | |
| Plaintiff, ) | ORDER  AWARDING |
| ) | ATTORNEYS  FEES  UNDER  EAJA |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | _____ |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That  EAJA fees are awarded in the amount of  $3,300.00 subject to the terms of the stipulation.

        4/27/11

Dated:  _____                /S/

_____
Suzanne Segal
U.S. Magistrate Judge